UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
FELIX J. ESQUIBEL,                        )
                                          )
                Plaintiff,                )
                                          )
        v.                                )        Civil Action No. 06-1485 (PLF)
                                          )
RAY LAHOOD, Secretary, United             )
  States Department of Transportation,    )
                                          )
                Defendant.[1]             )
_____ )

ORDER AND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [20] is GRANTED;

it is

FURTHER ORDERED that plaintiff's motion for summary judgment [25] is

DENIED; it is

FURTHER ORDERED that judgment is entered for the defendant; and it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

                                          /s/_____
                                          PAUL L. FRIEDMAN
                                          United States District Judge

DATE: March 31, 2009

_____

        [1]      Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court
substitutes as defendant the current Secretary of the Department of Transportation, Ray LaHood
for the former Secretary, Maria Cino.